## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 3rd day of August, 2006, I caused a true and correct copy of the **Notice of Dismissal,** to be served upon the parties listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

*Jimmy's Garage*
Attn:   President/CEO
945 Main Street
Wilmington, MA 01887

_____
Mary E. Augustine (No. 4477)

617344v1